EXHIBIT 1-A

**From:** Notifications
**Sent:** Monday, April 29, 2013 1:33 PM
**Subject:** A Message from Jeff Hurd: New Employment Dispute Resolution Program

Web-friendly version of this email




April 29, 2013

## A Message from Jeff Hurd: New Employment Dispute Resolution Program

Dear Colleagues,

AIG is committed to maintaining a professional, discrimination-free environment where individuals are treated with dignity and respect, so we can all work together comfortably and productively. Our U.S. Employee Handbook describes how AIG maintains a fair process for employees to present and resolve complaints or concerns concerning work-related issues. Today, I am pleased to introduce you to expanded options of this process through the AIG Employment Dispute Resolution Program (EDR). Please visit Life & Career and Talent Connection* for further information about the AIG Employment Dispute Resolution Program, including the Program brochure, and plan documents.

You have the option to decline participation in EDR. To exercise that option, you must complete the training module on Talent Connection* then select the option "Decline to Participate" and submit *no later than midnight Central Time on June 30, 2013*.** If you do not opt out, you will be included in the EDR program effective July 1, 2013.

I hope that none of our employees have a disagreement with the company concerning work-related issues. If you do however, the AIG Employment Dispute Resolution Program provides employees a fair, efficient and less costly way to resolve those differences.

*Jeffrey Hurd*
*Executive Vice President*

*Human Resources & Communications*

* If the links are broken, cut and paste:
Life & Career: https://contact.aig.net/_1246_478505.html;
Talent Connection: https://aig.csod.com/LMS/catalog/Welcome.aspx?tab_page_id=-67&tab_id=-1
or log onto Talent Connection at https://aig.csod.com/client/aig/default.aspx

** The deadline by time zone is: June 30, 10 p.m., Pacific Time; June 30, 11 p.m., Mountain Time; July 1, 1 a.m., Eastern Time

Copyright American International Group, Inc. All rights reserved.
180 Maiden Lane, New York, NY 10038
www.aig.com

The material contained herein is propriety to AIG and is intended for internal use by AIG employees only. Unauthorized disclosure, dissemination, copying, or other use of this material without the express written permission of AIG is strictly prohibited.

---

**From:** Hryb, Deborah
**Sent:** Tuesday, August 04, 2015 5:12 PM
**To:** 'Carolina Santa Cruz-Sadurní'; Reynaldo A. Quintana-Latorre
**Cc:** Lugo, Michelle
**Subject:** FW: EDR Distribution Lists

All

Attached is an EDR spreadsheet with 3 tabs. Ignore the one labelled EDR. The one labeled EDR Confirmation is the email distribution list of recipients of an email on September 19, 2013 communication advising recipients of the email that they are part of the EDR program. Judy Garcia is on that distribution list. I will forward a copy of the September 19 notice separately.

The third tab labeled EDR reminder is the distribution list for the reminder that went out on June 5, 2013 to employees who had not yet completed the training on EDR, of the opt out deadline of June 30, 2013. Judy Garcia is on that list. I will send a copy of that notice also.

Also attached is a spreadsheet of employees who completed the EDR training as of 12/16/13. Judy Garcia appears on that list as having completed the EDR training. The training included instructions on how an employee could opt out if he/she chose to do so prior to the June 30, 2013 deadline and made it clear that the employee would be in the EDR program effective July 1, 2013 if the opt out steps were not completed.

I will also send you a copy of the initial email distributed on April 29, 2013 announcing the EDR program and the assigned training in Talent Connection about it, including how to opt out. I will try to obtain the distribution list for that email also but have been advised that Judy Garcia is on that distribution list.

Please let me know if you need further clarification on the communication process we utilized.

Deb Hryb

Deborah E. Hryb
Associate General Counsel
American International Group, Inc.
80 Pine Street, 13th Floor
New York, NY 10005
212 770-7641
203 912-0852 (cell)
deborah.hryb@aig.com