EXHIBIT 1-B



REDACTED



Judy.Garcia@AIG.com

