**Subject:**         FW: Employment Dispute Resolution Reminder Notice



June 5, 2013

# Reminder: AIG Employment Dispute Resolution Program

Dear Colleagues,



AIG is committed to maintaining a professional, discrimination-free environment where individuals are treated with dignity and respect, so we can all work together comfortably and productively. In this spirit, the company is making the AIG Employment Dispute Resolution Program (EDR) available to employees. If you have reviewed the EDR materials already, you are aware of the benefits the program offers to you. If you have not reviewed the materials yet, please watch my video for an overview, then click on the following links:

- Review the training module on Talent Connection* You will need to access the training by June 30, 2013, midnight Central Time if you wish to exercise your option to decline to participate in the EDR Program.

- Read the materials on Life & Career,* including the AIG Employee Dispute Resolution Program brochure and plan documents.

We strive to ensure that our employees are heard and that work-related issues are addressed promptly. However, in those instances where an employee has a disagreement with the company regarding a workplace issue, the AIG Employment Dispute Resolution Program provides a fair and efficient way to resolve those differences.

*Jeffrey Hurd*

*Executive Vice President*
*Human Resources & Communications*

\* If the links are broken, cut and paste:
Life & Career: https://contact.aig.net/_1246_478505.html;
Talent Connection:
https://aig.csod.com/LMS/catalog/Welcome.aspx?tab_page_id=-67&tab_id=-1

Copyright American International Group, Inc. All rights reserved.
180 Maiden Lane, New York, NY 10038
www.aig.com

The material contained herein is proprietary to AIG and is intended for internal use by AIG employees only. Unauthorized disclosure, dissemination, copying, or other use of this material without the express written permission of AIG is strictly prohibited.