**EXHIBIT 1-D**

PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName          Garcia, Judy - Hidden on 20141111 21
PrimarySmtpAddress   Judy.Garcia@AIG.com

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress

DisplayName
PrimarySmtpAddress