**EXHIBIT 1-E**

2013 AIG EDR Program - RY
#Records: 10365

| Report Criteria: | |
|---|---|
| User Status | is equal to Active |
| Training Title | contains AIG Employment Dispute Resolution Program Training |
| Training Type | is equal to Material |
| Report Generated By: | MASUCCI, DEBORAH |
| Report Date: | 12/16/2013 |

| User ID | User Full Name | User Manager Name | Shell Code | Shell Code Ref | Training Title | Transcript Status | Transcript Registration Date | Transcript Completion Date |
|---|---|---|---|---|---|---|---|---|

REDACTED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4162309 | GARCIACLARA, JUDY | SEGUICORDERO, JUANFELIPE | PR SHELL CODE | | 03800023 | AIG Employment Dispute Resolution Program Training | Completed | 06/11/2013 13:57 | 06/11/2013 14:21 |