

## Employment Dispute Resolution Program

This is to confirm that you are covered under the new AIG Employment Dispute Resolution (EDR) Program as of July 1, 2013.

You can access information about the AIG EDR program, including the Brochure, At-A-Glance sheet, and Frequently Asked Questions and Answers, at any time on *Contact*.

Copyright American International Group, Inc. All rights reserved.
175 Water Street, New York, NY 10038
www.aig.com

The material contained herein is proprietary to AIG and is intended for internal use by AIG employees only. Unauthorized disclosure, dissemination, copying, or other use of this material without the express written permission of AIG is strictly prohibited.