IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUDY GARCIA-CLARA<br>Plaintiff<br>vs<br>AIG INSURANCE COMPANY PUERTO RICO; AMERICAN INTERNATIONAL GROUP, INC.; FRANCISCO DIAZ; JUAN SEGUI; ZENAIDA FIGUEROA; GUSTAVO SARABIA; MAYRA AYALA; INSURANCE COMPANY XYZ; JOHN & JANE DOE<br>Defendants | CIVIL 15-1784CCC |

## JUDGMENT

For the reasons stated in the Opinion and Order issued on this same date, it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, without prejudice.

The pretrial/settlement conference scheduled for September 7, 2016 and jury trial scheduled for February 2, 2017 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 29, 2016.

S/CARMEN CONSUELO CEREZO
United States District Judge